# United States District Court
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:26-CR-0036-S |
| | § | |
| LATISHA NIETO (1) | § | |

## ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Amended Report and Recommendation Concerning Pleas of Guilty of the United States Magistrate Judge, and Defendant's Notice of Waiver of Fourteen-Day Objection Period to the Amended Report and Recommendation, no objections thereto having been filed within 14 days of service in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Amended Report and Recommendation of the Magistrate Judge concerning the Pleas of Guilty is correct, and it is hereby accepted. Accordingly, the Court accepts the pleas of guilty, and **LATISHA NIETO**, is hereby adjudged guilty of **Count 1** of the **Information**, that is **Theft of Government Property**, in violation of **18 U.S.C. § 641.** Sentence will be imposed in accordance with the Court's Scheduling Order.

The Court adopts the findings of the United States Magistrate Judge by clear and convincing evidence that the Defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore remain released under 18 U.S.C. § 3142(b) or (c).

**SO ORDERED.**

SIGNED March 20, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**